IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANDREA DUHREAL FLAGG, #310 705, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )    CASE NO. 1:17-CV-858-WHA-CSC ) |
| J. TRAWICK, et al., | ) ) |
| Defendants. | ) |

## **ORDER**

This case is before the Court on a Recommendation of the Magistrate Judge entered on January 22, 2021 (Doc. 75), to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. Defendants' motions to dismiss and for summary judgment are GRANTED.

3. This case is DISMISSED with prejudice.

4. No costs are taxed.

Final Judgment will be entered separately.

Done, this 20th day of April 2021.

      /s/ W. Harold Albritton
      W. HAROLD ALBRITTON
      SENIOR UNITED STATES DISTRICT JUDGE